# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

July 12, 2013

```
        FILED
      Jul 15, 2013
DEBORAH S. HUNT, Clerk
```

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH  45202

Re:  Ashland Hospital Corporation, dba King's Daughters Medical
     Center
     v. Service Employees International Union, District 1199
     WV/KY/OH
     No. 13-62
     (Your No. 11-6006)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on July 9, 2013 and placed on the docket July 12, 2013 as No. 13-62.

Sincerely,

**William K. Suter**, Clerk

by

Jacob C. Travers
Case Analyst